# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN ARTHUR BURY<br>_Defendant(s)_ | )<br>)  Case No. 3:25-MJ-2145<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 29, 2025__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threat to injure the person of another |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Jeffrey Allen, Postal Inspector USPIS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __05/02/2025__

_Judge's signature_

City and state: __Knoxville, Tennessee__

Jill E. McCook, Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:25-MJ-2145 |
| | ) | |
| JOHN ARTHUR BURY | ) | FILED UNDER SEAL |

## AFFIDAVIT IN SUPPORT
## OF A CRIMINAL COMPLAINT

1. I, Jeffrey Allen, U. S. Postal Inspector of the United States Postal Inspection Service (USPIS) assigned to the Atlanta Division, Knoxville Field Office, being duly sworn, hereby state:

2. I am a U.S. Postal Inspector with the United States Postal Inspection Service and have been since February 13, 2022. Before becoming a U.S. Postal Inspector, I was employed by the United States Secret Service as a Uniformed Division Officer and as a Special Agent Criminal Investigator. I have gained experience through the completion of the Uniformed Police Training Program at the Federal Law Enforcement Training Center in August 2012 and the Secret Service Uniformed Division Training Course in December 2012. Additionally, I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in March of 2017 and U.S. Secret Service Special Agent Training Program at the James J. Rowley Training Center in August 2017. During my training, I was instructed in all phases of criminal investigation, such as criminal law, search and seizure, field enforcement techniques, firearms proficiency, drug and narcotics identification, drug and narcotics field testing, interviewing and evidence collection. I am presently assigned with the U.S. Postal Inspection Service to the Knoxville, Tennessee Field Office, which is part of the Atlanta Division, to work

with various federal, state, and local law enforcement agencies in the prosecution of crimes involving the U.S. Mail and the U.S Postal Service including but not limited to mail fraud, bank fraud, mail theft, burglaries, robberies, homicides, dangerous mail investigations, and mailed narcotics. I am a federal law enforcement officer authorized to investigate offenses such as violations of Mail Theft (18 U.S.C. § 1708), Uttering Counterfeit Obligations or Securities (18 U.S.C. § 472), Bank Fraud (18 U.S.C. § 1344), and fraud and related activity in connection with identification documents and authentication features (18 U.S.C. § 1028) and Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1)). I have participated in all the usual methods of investigation, including, but not limited to, physical surveillance, the questioning of witnesses, and the analysis of evidence. I have reviewed and executed arrest warrants as well as search warrants resulting in the seizure of illegal weapons, fraudulent documents, drugs, and stolen property. As a U.S. Postal Inspector of the United States Postal Inspection Service, I am an investigative law enforcement officer within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in the enforcement of criminal laws and am within a category of officers authorized by the Attorney General to request and execute search warrants pursuant to 18 U.S.C. § 3061.

3. This affidavit is made in support of a criminal complaint against John Arthur Bury, date of birth October 9, 1982, for violations of Title 18, United States Code, Section 875(c) (interstate threat to injure the person of another).

4. The statements set forth in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, and investigative reports and documents. This affidavit is intended to set forth probable cause in support of a

criminal complaint and does not purport to set forth all of my knowledge regarding the investigation.

5. On April 14, 2025, Dallas Miles, an employee with the United States Postal Service (USPS), contacted the Customer Relations Coordinator (CRC) with USPS regarding a former USPS employee, John Arthur Bury, whom he had previously supervised. Miles informed the CRC that Bury had been reaching out to Miles' supervisors, alleging that Miles had been driving by Bury's residence. In response, the CRC requested a statement from Bury concerning the complaint filed by Dallas Miles.

6. On April 29, 2025, during email communications between the CRC and Bury, via his e-mail address of artbury54@gmail.com, Bury sent threatening emails. The threatening emails were part of a series of responses from Bury to the CRC, following CRC's request for a written statement from Bury, and were directed toward USPS supervisor Dallas Miles.

7. During the email communications, Bury expressed his frustrations with Miles and about signing a written statement. In one email Bury sent to the CRC, he stated, "What am I supposed to sign i have nothing to sign. I will take matters in my own hands if he drives by my house and prank calls me at the same time. As I will damage his car. [04/29/2025 at 1153 hours]".

8. Later in the email communications, Bury sent two threatening emails to the CRC. The emails read verbatim as follows: "Not beed to be rude to me. I will be just handing this situation my self then . I will go up to his station a shoot him. [04/29/2025 at 1223 hours]". "Or I will go to his house a shoot him. [04/29/2025 at 1224 hours]". After receiving the messages from Bury about Miles, the CRC immediately reported the communications to their chain of command and an investigation was initiated by USPIS.

3

9. The investigation disclosed that Bury was previously the subject of a USPS workplace violence incident in April of 2024. The allegations were that Bury made threatening statements towards Miles. Specifically, Bury told Miles in a text message, "I know where you live". Investigators did view the message from Miles' cellphone, which corroborated his allegation. That specific investigation did not lead to formal charges.

10. Later on April 29, 2025, Inspector Allen, accompanied by an officer with the Knoxville Police Department, interviewed Bury at his residence in Knoxville, TN. Bury denied possessing firearms. Law enforcement was also unable to find any firearms at his residence. Bury did, however, admit to making threatening statements toward Miles. Bury claimed that when he worked under Miles, Miles had forced him to work hours beyond what his contract allowed. Bury also claimed Miles requested him to do work which he was incapable of doing due to injuries he had received from an on-duty automobile accident. Bury stated Miles told him to resign from his position or he would be fired. Bury accused Miles of stalking him by driving by his residence when he was home. Bury's explanation to law enforcement regarding his previous issues with Miles demonstrates his awareness the ongoing disputes and indicates that the communications he made to the CRC would be perceived as a threat.

11. With regards to the email sent from Bury to the USPS CRC, Inspector Allen confirmed that USPS servers are in Minnesota and in California. As such, the email sent from Bury would have been routed through one or more of those out-of-state servers. Thus, the email communication was transmitted in interstate commerce.

12. Based upon the foregoing, I believe there is probable cause to believe that Bury committed violations of Title 18, United States Code, Section 875(c), when he sent the

4

threatening email messages to a Customer Relations Coordinator with the United States Postal Service (USPS) regarding USPS supervisor Dallas Miles in Knoxville, TN on April 29, 2025.

Respectfully submitted,

_____
Jeffrey Allen
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me on May 2, 2025

_____
JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE

5